**No. 09-1306. Michael L. Montalvo, Petitioner v. United States.**

560 U.S. 940, 130 S. Ct. 3370, 176 L. Ed. 2d 1248, 2010 U.S. LEXIS 4408, ▊

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 581 F.3d 1147.

**No. 09-1311. Marvel Thompson, Petitioner v. United States.**

560 U.S. 940, 130 S. Ct. 3371, 176 L. Ed. 2d 1248, 2010 U.S. LEXIS 4549.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 582 F.3d 787.

**No. 09-1323. Peter Gotti, Petitioner v. United States.**

560 U.S. 940, 130 S. Ct. 3375, 176 L. Ed. 2d 1248, 2010 U.S. LEXIS 4546.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-8318. Jorge Tellez, Petitioner v. Florida Department of Corrections.**

560 U.S. 940, 130 S. Ct. 3380, 176 L. Ed. 2d 1248, 2010 U.S. LEXIS 4451, ▊

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8569. Vertis Clay, Petitioner v. United States.**

560 U.S. 940, 130 S. Ct. 3353, 176 L. Ed. 2d 1248, 2010 U.S. LEXIS 4499.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 579 F.3d 919.

**No. 09-8758. Shaaban Shaaban Hafed, Petitioner v. Department of State, et al.**

560 U.S. 940, 130 S. Ct. 3353, 176 L. Ed. 2d 1248, 2010 U.S. LEXIS 4424.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 331 Fed. Appx. 757.

**No. 09-8791. Craig Williams, Petitioner v. Pennsylvania.**

560 U.S. 940, 130 S. Ct. 3353, 176 L. Ed. 2d 1248, 2010 U.S. LEXIS 4533.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 602 Pa. 360, 980 A.2d 510.